IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WADE ALLEN PARR                                                                                          PLAINTIFF

V.                                             NO.  11-2107

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                      DEFENDANT

## JUDEMENT

For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.


IT IS SO ORDERED this July 13, 2012.


                                        */s/ J. Marschewski*
                                        HONORABLE JAMES R. MARSCHEWSKI
                                        Chief United States Magistrate Judge

+