IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WADE ALLEN PARR                                                                         PLAINTIFF

V.                                              NO.  11-2107

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                          DEFENDANT

<u>JUDEMENT</u>

For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.

IT IS SO ORDERED this July 13, 2012.

                                                                 /s/ J. Marschewski
                                                                 HONORABLE JAMES R. MARSCHEWSKI
                                                                 Chief United States Magistrate Judge

+